## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CARTUS HAWKINS                                                                                          PLAINTIFF

V.                                         4:08CV00511 JMM/JTR

CLAY SMITH, Officer,
Conway Police Department                                                                         DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this   31   day of    July  , 2008.


_____
UNITED STATES DISTRICT JUDGE